Submitted on record and briefs June 6, convictions affirmed; sentences vacated; remanded for resentencing July 6, 2005

STATE OF OREGON,
*Respondent,*

*v.*

BRIAN JOSEPH HANSEN,
*Appellant.*

20-03-02442; A121943

114 P3d 1156

Erin G. Rohr and Chilton, Ebbett & Rohr filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.*

PER CURIAM

Convictions affirmed; sentences vacated; remanded for resentencing. *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004), *rev allowed*, 338 Or 583 (2005); *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005).

* Landau, J., *vice* Richardson, S. J.